454

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND HUDSON *et al.,* Defendants-Appellants.

(Nos. 53737, 53738, 53739 cons.;

First District—March 1, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Theodore A. Gottfried, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, John A. Gibaitis, James H. Feldman, and Michael J. Goldstein, Assistant State's Attorneys, of counsel,) for the People.

CAROL GIANINNI *et al.,* Plaintiffs-Appellees, *v.* CHARLES BLUTHART *et al.,* Defendants-Appellees—(CHARLES BLUTHART *et al.,* Third Party Plaintiffs, Appellees, *v.* LAKE SHORE MUTUAL INS., Third Party Defendant, Garnishee Defendant, Appellant.)

(No. 53744;

First District——April 19, 1971.